SAMPLE #2

FILED
MAR 20 2017
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)
Ni'Cois Mafia Family Records LLC
Representative Ni'Cois M Smith

vs.

Defendant(s)
Secretary of State of Oklahoma

CASE NO. CIV 17 - 304 R

**COMPLAINT**

False paperwork excluded Items of Trademark filing procedure I was lied to which I know was a form of Discrimination. Trademarks like Books literature Denying me my Rights may need to be investigated she said I could Trademark anything over 264 letters

Ni'Cois Mafia Family Records LLC
Representative of Ni'Cois M. Smith

405-733-1022
132 OakTree Lane MWC
OK   73130

NOTE: Your signature, address and phone number **must** appear at the end of each pleading.