# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| NICOIS MAFIA FAMILY RECORDS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-304-R |
| OKLAHOMA SECRETARY OF STATE, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard Jones entered April 11, 2017. Doc. No. 3. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is DENIED. Plaintiff is directed to pay the $400.00 filing fee on or before May 24, 2017, or this matter will be dismissed without prejudice.

IT IS SO ORDERED this 4th day of May, 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE